UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                                              Case No. 1:11cr108

Susan Kay Risser,                          Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is before the Court on Defendant's Motion to Continue March 6, Sentencing to a Date, after April 6, 2012 (Doc. 15). There is no objection by the United States.

Sentencing in this matter is currently set for March 6, 2012. Counsel requests additional time in order for Defendant to care for a ailing companion to which she is the sole-care giver.

Accordingly, the Motion is **GRANTED**. The sentencing will be continued to:

        **April 11, 2012 at 1:30 pm, Courtroom 109**

**IT IS SO ORDERED.**

                                          *S/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge